**Order entered July 22, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00898-CR

**MICHAEL EDWARD HARSSEMA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80837-2018**

## ORDER

Before the Court is appellant's July 17, 2019 motion for extension of time to file his reply brief. We **GRANT** the motion. Appellant's reply brief shall be due **TWENTY DAYS** from the date of this order.

/s/ LANA MYERS
   JUSTICE